IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANEL HODZIC and DAMIR MECAN, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>    Defendant. | 15-cv-00956-NBF |

## ORDER

NOW, this __28th__ day of __March__, 2017, upon consideration of Plaintiff's "Unopposed Motion for Approval of Collective Action Settlement," the accompanying "Settlement Agreement and Release" ("Agreement"), the accompanying Declarations of R. Andrew Santillo, Harold Lichten, and Robert E. DeRose, the accompanying brief, and all other papers and proceedings herein, it is hereby **ORDERED** that the settlement of this collective action is **APPROVED** because it represents a fair and reasonable settlement of a *bona fide* dispute under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* This action is **DISMISSED WITH PREJUDICE**, although the Court will retain jurisdiction over any disputes pertaining to the enforcement of the settlement.

BY THE COURT:

_/s/ Nora Barry Fischer_
HON. NORA BARRY FISCHER